# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

In Re DMCA Subpoena to
GoDaddy.com, LLC

Case No. _____

## <u>DECLARATION OF DAVID E. WESLOW</u>

I, David E. Weslow, counsel of record for Tamaris (Gibraltar) Limited ("Tamaris") in the above-reference matter, hereby declare as follows:

1.       I am a partner at Wiley Rein LLP and licensed to practice law in the State of Maryland and the District of Columbia.

2.       I am authorized to act on behalf of Tamaris.

3.       I submit this declaration in support of Tamaris's request for issuance to GoDaddy.com, LLC ("GoDaddy") of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"), to identify GoDaddy's customer(s) in relation to the Internet domain names listed in Exhibit 1 to the Section 512(h) Subpoena.

4.       Pursuant to 17 U.S.C. § 512(c)(3)(A), Tamaris submitted a notification to GoDaddy identifying the infringing content transmitted by the aforementioned users and providing the information required by 17 U.S.C. § 512(c)(3)(A).  A true and accurate copy of the submitted notification is attached hereto as Attachment 1.

5.       The purpose for which this Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Tamaris's rights under title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2025.

_____

David E. Weslow

# Attachment 1

David E. Weslow
202.719.7525
dweslow@wiley.law



Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

May 28, 2025

**BY EMAIL**

GoDaddy.com, LLC
Copyright Claims Department
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260
abuse@godaddy.com; copyrightclaims@godaddy.com

Re: Notice of Copyright Infringement

Dear Sir or Madam:

We are counsel to Tamaris (Gibraltar) Limited ("Tamaris"), operating as Pragmatic Play International Ltd ("Pragmatic Play"). This letter is a notification and request concerning the unauthorized use of Tamaris's intellectual property by certain domains listed in Exhibit A (the "Infringing Sites"), for which GoDaddy.com, LLC appears to have served as the host and/or registrar.

Tamaris and its related companies own all rights in the copyright protected content, photographs, text, images, graphics, animations, and software code associated with the PragmaticPlay gaming software applications, websites, and livestreams. Tamaris is also the owner of the PRAGMATICPLAY and PPGAMES trademarks, which are covered by U.S. Federal Trademark Registration Nos. 6848492, 6890979, 7307616, and 7186621.

It has been brought to Tamaris's attention that the Infringing Sites are utilizing unauthorized copies of legitimate Tamaris gaming software with insignificant alterations, including counterfeit uses of Tamaris's trademarks.

We are formally notifying you of your customer's copyright infringing misconduct and requesting that you disable services in connection with the Infringing Sites pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512. With express notice that a customer has misused your services to conduct activities in violation of the law, and presumably in violation of your Terms of Service, we expect that you are able to make a reasonable determination to deny further services for the Infringing Sites. In addition to the email transmission noted above, I have also caused a copy of this notification to be provided via web portal at: https://supportcenter.godaddy.com/AbuseReport.

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. To the best of my knowledge, and under penalty of perjury, the information contained in this letter is accurate and I am authorized to act on behalf of Tamaris, owner of the infringed exclusive rights described above.

If you have any questions concerning the foregoing, please do not hesitate to contact me.

May 28, 2025
Page 2


Sincerely,

David E. Weslow
*Counsel for Tamaris (Gibraltar) Limited*

wiley.law

May 28, 2025
Page 3

## Exhibit A

| Domains | | |
|---|---|---|
| 585win.bet | fortunapalace.bet | metavip.bet |
| 777winbet.net | friendlyslot.com | micasinovip.com |
| adm-pro.org | ganaconeljota.com | navirrland.co.uk |
| anubiscasinos.com | ganascongustacho.com | onaandaways.co.uk |
| apuestonvip.com | gb-casino.biz | perladiamante.mx |
| ardente-casino.com | gb-casino.info | platinostar.com |
| betcash365.net | gb-casino.net | playhub.one |
| betchile.net | gb-casino.org | playmakerbest.com |
| betchiledemo.com | gb-casino1.com | powerbet.win |
| betgpt.pro | gb-club.biz | pulsewiin.com |
| bingobingo.bet | gb-club.com | puntodelasuerte.com |
| blackmoney.bet | gb-club.net | r2concept.co.uk |
| brasilbetslot.com | gb-club.org | reyessport.mx |
| br-seagull.com | goldenclub.bet | rp4.casino |
| casinodeluxe.bet | goldenjota.bet | spinbetchile.com |
| casinoestelar.com | gonzo-casino.com | threewind.bet |
| casinoluli.com | gplay.win | tiojaguar.com |
| casinonano.com | grizzly.bingo | trebolcuatrohojas.com |
| casinoqueen.bet | grizzly.win | tuapuestadeportiva.com |
| casinoturbo.bet | grizzly1.win | tucasinoencasa.com |
| casinovipchile.net | he12345.xyz | tufortunacasino.com |
| clubmaya.mx | hurobet.com | win777.co |
| clubsporting.bet | illuminaticasinos.com | win777.fun |
| codefather.cc | jogapixbet.com | wolfkingcasino.com |
| cofrateo.bet | juegaconelnegro.com | xandyxelo.com |
| copyslots.com | juegaentropicana.com | win777.co |
| diamantesport.bet | juegaleygana.com | fortuna8bet.com |
| divercash.com | juegapariente.com | megqwer.com |
| dubaicasinosvip.com | juegapro.com | |
| dylantero.bet | juegavecino.com | |
| edrosmeg23.com | kaktuz7.bet | |
| elrey.casino | kaktuz-clubs.com | |
| ertmeg2099.com | kappbet.com | |
| euganho.bet | lacasadelaentretencion.com | |
| fartu.org | laprecisadeportes.com | |
| fontan-casino21.com | legioneer.club | |
| fontan-casino22.com | lightwin.online | |
| fontan-casino23.com | luckybetchile.com | |

wiley.law