# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re DMCA Subpoena to GoDaddy.com LLC | ) ) ) ) | C/A No.:   25-mc-319 |
| John DOE,<br>           Movant,<br>v.<br>Tamaris (Gibraltar) Limited,<br>           Respondent. | ) ) ) ) ) ) ) ) ) ) | |

## SUPPLEMENTAL DECLARATION OF JOHN DOE

I, John Doe, declare as follows:

1. I am the Movant referred to as "John Doe" in this matter. I am the owner and operator of the domain names casinoestelar.com and powerbet.win ("Subject Domains").

2. Through my counsel, I have requested leave from the Court to proceed under a pseudonym, and my identity has already been disclosed to the Court under seal in connection with that pending motion.

3. I make this declaration in support of my Motion to Quash the DMCA Subpoena issued to GoDaddy.com, LLC, and in response to the Opposition filed by Petitioner Tamaris (Gibraltar) Limited.

4. I first became aware of the existence of the subpoena directed to GoDaddy.com, LLC concerning my Subject Domains on July 25, 2025, when I received a notification from GoDaddy regarding the subpoena.

5. Prior to July 25, 2025, I had not received any notice directly from Petitioner Tamaris (Gibraltar) Limited or its counsel regarding the subpoena or its request for my identifying information.

6. I submit this declaration to confirm that I acted promptly after learning of the subpoena and retained counsel to file the Motion to Quash to protect my privacy interests and rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26TH day of August 2025.

*[signature]*

John Doe[1]

(Movant)

---

[1] "John Doe" is a pseudonym. Movant's true identity has been disclosed to the Court under seal in connection with the pending motion for leave to proceed under pseudonym.