IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re DMCA Subpoena to GoDaddy.com, LLC <br><br> JOHN DOE, <br><br>   Movant, <br><br>   v. <br><br> TAMARIS (GIBRALTAR) LIMITED, <br><br>   Respondent. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    Case No. 25-mc-00319 |

\* \* \* \* \* \*

**ORDER**

For the reasons stated in the Memorandum Opinion accompanying this Order, it is, this 11th day of December, 2025, **ORDERED** that Movant's Motion to Quash DMCA Subpoena to GoDaddy.com, LLC (ECF No. 4) is DENIED.

The Clerk shall CLOSE this case.

/s/
_____
Timothy J. Sullivan
Chief United States Magistrate Judge